UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The Estate of Michaelangelo A.
Jackson, deceased, et al.,

    Plaintiffs,

v.

Richard Billingslea, et al.,

    Defendants.

Case No. 18-10400
Honorable Victoria A. Roberts

## JUDGMENT

Consistent with the Court's Order entered on July 29, 2019,

**IT IS ORDERED** that Judgment is entered in favor of Defendants.

Dated at Detroit, Michigan on July 29, 2019.

    David J. Weaver
    Clerk of the Court

BY:  s/ Linda Vertriest

Approved:

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge