# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Estate of MICHAELANGELO JACKSON;
Estate of MAKIAH JACKSON;                          Case No. 18-cv-10400
LAKENDRA HILL;                                      Hon. Linda V. Parker
Z.G. by and through Next Friend Aubrey Gardner;
I.W. by and through Next Friend Keira Andrews;
D.A. by and through Next Friend Darius Andrews.
        *Plaintiffs*,
v.

RICHARD BILLINGSLEA, et al;
        *Defendants*.
_____/

## ORDER TO APPROVE AND DISTRIBUTE

This matter having come before the Court by way of Plaintiffs' Motion to Approve and Distribute, ECF #47, all interested parties having been served with such motion as well as the Notice of Hearing, ECF #50, a hearing having taken place on Dec. 10, 2024, and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** that a global settlement is approved as follows:

- Plaintiff Estate of Michelangelo Jackson: $15,000.00

- Plaintiff Estate of Makiah Jackson: $15,000.00

- Plaintiff Lakendra Hill: $6,500.00

- Plaintiff Z.G., DOB 7/21/2007: $10,500.00

- Plaintiff I.W., DOB 12/12/2009 : $6,500.00

- Plaintiff D.A., DOB 1/3/2012: $6,500.00

## ESTATE OF MICHELANGELO JACKSON: $15,000.00

- **$1,467.69** to Excolo Law PLLC as reimbursement for costs;

- **$3,284.95** to Excolo Law PLLC, as reimbursement for costs and fees paid to the Probate Pro for probate fees and costs for this estate

- **$350.00** to Synergy Settlement Services.

- **$3,299.12** to Excolo Law PLLC as the one third attorney fee

- **$5,198.24** to Alisha Latrice Jackson, mother

- **$1,100.00** to Reginald Johnson, father

- **$100.00** to Arma Johnson, paternal grandmother

- **$100.00** A.G., minor sister (DOB: 9/10/15), payable to her mother Alisha Latrice Jackson,

- **$100.00** to M.J., minor brother (DOB 7/6/14), payable to his mother Alisha Latrice Jackson,

## ESTATE OF MAKIAH JACKSON: $15,000.00

- **$1,467.69** to Excolo Law PLLC as reimbursement for costs;

- **$2,675.18** to Excolo Law PLLC, as reimbursement for costs and fees paid to the Probate Pro for probate fees and costs for this estate

- **$350.00** to Synergy Settlement Services

- **$3,502.37** to Excolo Law PLLC as the one third attorney fee

- **$3,352.38** to Alisha Latrice Jackson, mother

- **$3,252.38** to Tony Lamar Scott Jr., father

- **$100.00** to Tony Lamar Scott Sr., paternal grand-father

- **$100.00** to Casendra Winters, paternal grandmother

- **$100.00** A.G., minor sister (DOB: 9/10/15), payable to her mother Alisha Latrice Jackson,

- **$100.00** to M.J., minor brother (DOB 7/6/14), payable to his mother Alisha Latrice Jackson,

### **LAKENDRA HILL: $6,500.00**

- **$645.78** to Excolo Law PLLC as reimbursement for costs

- **$350.00** is due and owing to Synergy Settlement

- **$1,834.74** to Excolo Law PLLC as the attorney fee,

- **$3,669.48** to Lakendra Hill

**Z.G.: $10,500.00**

- **$998.03,** to Excolo Law PLLC as reimbursement for costs;

- **$350.00** to Synergy Settlement Services.

- **$3,050.65** payable to Excolo Law PLLC as one third attorney fee

- **$6,101.32** to Aubrey Gardner as Z.G.s father and Next Friend, which Plaintiff's counsel shall pay to Aubrey Gardner as follows:

    o **$4,900.00** in calendar year 2024; and

    o **$1,201.32** in calendar year 2025

**I.W.: $6,500.00**

- **$645.78,** to Excolo Law PLLC as reimbursement for costs

- **$350.00** to Synergy Settlement Services

- **$1,834.74** payable to Excolo Law PLLC as one third attorney fee

- **$3,669.48** payable to Keira Andrews, mother and Next Friend of I.W.

**D.A.: $6,500.00**

- **$645.78,** to Excolo Law PLLC as reimbursement for costs

- **$350.00** to Synergy Settlement Services

- **$1,834.74** payable to Excolo Law PLLC as one third attorney fee

- **$3,669.48** payable to Darius Andrews, as father and Next Friend

**IT IS FURTHER ORDERED** that the caption of the case is amended to reflect that Tiffany Hill is removed from the case as D.A.'s next friend, and that D.A.'s father Darius Andrews replaces Tiffany Hill as D.A.'s next friend.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 12, 2024